IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20890
Conference Calendar
_____


KAAZIM ABUL UMAR,

                                        Plaintiff-Appellant,

versus

ROBERT MCVEA; KEITH L. STEELE,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. CA-H-95-1443
- - - - - - - - - -
March 1, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

   Kaazim Abul Umar, a/k/a Wesley Lynn Pittman, appeals the
district court's dismissal of his civil rights complaint as
improvidently filed.  He argues that the district court abused
its discretion and denied him access to the courts by applying
its policy of enforcing sanctions imposed by other Texas federal
district courts.

   We have reviewed the record, the district court's opinion,
and appellant's brief and discern no reversible error.  Further,

   [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

we hold that Umar's appeal is frivolous, and, accordingly, we DISMISS it pursuant to 5th Cir. R. 42.2.  Umar was warned in Pittman v. Shaw, No. 94-41262 (5th Cir. Oct. 19, 1995) that additional frivolous appeals would result in the imposition of sanctions.  Umar is hereby BARRED from filing any pro se, in forma pauperis, civil appeal in this court, or any pro se, in forma pauperis, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Umar, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTIONS IMPOSED.